**[J-12A-B-2025]**

# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 53 EAP 2024 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Superior Court at No. 1910 EDA |
| | : | 2022 entered on October 11, 2023, |
| v. | : | affirming the Order of the |
| | : | Philadelphia County Court of |
| | : | Common Pleas at No. MC-51-CR |
| JAMES SMITH, | : | 0006183-2021 entered on July 26, |
| | : | 2022. |
| Appellee | : | |
| | : | ARGUED:  March 5, 2025 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 54 EAP 2024 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Superior Court at No. 1911 EDA |
| | : | 2022 entered on October 11, 2023, |
| v. | : | affirming the Order of the |
| | : | Philadelphia County Court of |
| | : | Common Pleas at No. MC-51-CR- |
| PATRICK SMITH, | : | 0006184-2021 entered on July 26, |
| | : | 2022. |
| Appellee | : | |
| | : | ARGUED:  March 5, 2025 |

## ORDER

**PER CURIAM**                                                                      **DECIDED: June 17, 2025**

**AND NOW,** this 17th day of June, 2025, the Court being evenly divided, the order of the Superior Court is **AFFIRMED**.

Justice Donohue files an opinion in support of reversal in which Chief Justice Todd joins.

Justice Wecht files an opinion in support of reversal in which Chief Justice Todd and Justice Donohue join.

Justice McCaffery did not participate in the consideration or decision of this matter.